In re Pizzo, Paul Norman; Pizzo, Josephine Rita; Carriere, Jacob; Pizzo, Mary Grace; Montalbano, George; Montalbano, Mary Grace Pizzo; Pizzo, Kathryn Rose; Lambert, Harold; Lambert, Kathryn Rose Pizzo; Carriere, Josephine Rita Pizzo;— Plaintiff(s); Applying for Writ of Certiorari and/or Review; to the Court of Appeal, Fourth Circuit, Number 89CA-0618; Parish of Orleans Civil District Court Div. “I” Number 88-18708.
Denied.
LEMMON, J., concurs and assigns reasons.